UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 14-1150 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: JAMES R. DINGFELDER, M.D.; TAKEY CRIST, M.D.; and TAKEY CRIST, M.D.

P.A., d/b/a CRIST CLINIC FOR WOMEN _____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_____
(signature)

Andrew Beck                                      (212) 549-2633
Name (printed or typed)                           Voice Phone

American Civil Liberties Union                    (212) 549-2650
Firm Name (if applicable)                         Fax Number

125 Broad Street, 18th Floor

New York, NY 10004                                abeck@aclu.org
Address                                           E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on 02/25/2014 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Diana Salgado
PPFA
434 W. 33rd Street, 10th Floor
New York, NY 10001

_____                             2/25/14
Signature                                          Date

11/17/2011
SCC