UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1150

GRETCHEN S. STUART, MD, et al        )
                                      )
      Plaintiffs-Appellees          )
                                      )
vs.                                   )
                                      )
PAUL S. CAMNITZ, MD, et al            )
                                      )
      Defendants-Appellants         )

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 31(c), Plaintiffs-Appellees respectfully move for a twenty-one (21) day extension of time, to and including June 24, 2014, in which to file their Response Brief. In support of this Motion, Plaintiffs-Appellees state that:

1. Pursuant to the Briefing Order issued on March 27, 2014, the Plaintiffs-Appellees Response Brief is currently due June 3, 2014;

2. This case presents a constitutional challenge to North Carolina's "Woman's Right To Know Act." The District Court entered a permanent injunction against the enforcement of certain provisions of that legislation.

3. Because of the complexity of this case as well as the undersigneds' commitments in other pending litigation, Plaintiffs-Appellees request this Extension of Time to appropriately address the issues presented in this case.

4. Counsel for the Defendants-Appellants do not oppose the granting of the Motion for a twenty-one (21) day extension.

WHEREFORE, for good cause shown, Plaintiffs-Appellees respectfully request that the Court grant an extension of time of twenty-one (21) days, until and including June 24, 2014, to file their responsive brief.

Respectfully submitted this the 7th day of May, 2014.

/s/ Christopher A. Brook
Christopher A. Brook
NC Bar #33838
American Civil Liberties Union
Of North Carolina Legal Foundation
PO Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

/s/ Julie Rikelman
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3670
(917) 637-3666 Fax
jrikelman@reprorights.org

COUNSEL FOR PLAINTIFFS-APPELLEES

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2014, I electronically filed the foregoing Motion for Extension of Time with the Clerk of Court using the CM/ECF system which will send notice of such filing to the counsel registered CM/ECM USERS and I hereby certify that I have mailed the document to the following non CM/ECF participant(s): NONE.

/s/ *Christopher A. Brook*
Christopher A. Brook
American Civil Liberties Union of
North Carolina Legal Foundation
PO Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org